The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>KEVIN RAY NATHAN,<br><br>    Defendant/Judgment Debtor,<br><br>  and<br><br>ALBERTSONS COMPANIES,<br><br>    Garnishee. | NO. 2:17-MC-00036-RSL<br><br>(2:98-CR-00476-RSM-1)<br><br>**Continuing Garnishee Order** |

A Writ of Continuing Garnishment, directed to Garnishee, Albertsons Companies, has been duly issued and served upon the Garnishee. Pursuant to the Writ, Garnishee Albertsons Companies (Albertsons) filed an Answer on May 8, 2017, stating that at the time of the service of the Writ, Defendant/Judgment Debtor Kevin Ray Nathan (Mr. Nathan), was an active employee who was paid weekly.

CONTINUING GARNISHEE ORDER (*USA v. Kevin Ray Nathan and Albertsons Companies*, **2:17-MC-00036-RSL / 2:98-CR-00476-RSM-1**) - 1

UNITED STATES ATTORNEY'S OFFICE
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
PHONE: 206-553-7970

After notification of the garnishment proceeding was mailed to the parties on or about April 25, 2017, the Defendant/Judgment Debtor has not requested a hearing to determine exempt property as of this date.

IT IS THEREFORE ORDERED as follows:

That the Garnishee, Albertsons, shall pay to the United States District Court for the Western District of Washington, the non-exempt earnings payable to Defendant/Judgment Debtor Kevin Ray Nathan, upon each period of time when Defendant/Judgment Debtor Nathan is entitled to receive such funds, and shall continue said payments, if any, until Defendant/ Judgment Debtor Nathan's debt is paid in full or until Defendant/Judgment Debtor is no longer an active employee of Garnishee and the Garnishee no longer has possession, custody, or control of any funds due and owing to the Defendant/Judgment Debtor or until further order of this Court. This includes all monies required to be previously withheld by the Garnishee, in accordance with the Writ of Continuing Garnishment;

That such payments shall be applied to Defendant/Judgment Debtor Nathan's outstanding restitution obligation, by the United States District Court for the Western District of Washington; and

That the payments shall be made out to the United States District Court, Western District of Washington, referencing Case Nos. 2:98-CR-00476-RSM-1 and 2:17-MC-00036-RSL, and to deliver such payment either personally or by First Class Mail to:

//

**CONTINUING GARNISHEE ORDER (***USA v. Kevin Ray Nathan and Albertsons Companies,* **2:17-MC-00036-RSL / 2:98-CR-00476-RSM-1) - 2**

UNITED STATES ATTORNEY'S OFFICE
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
PHONE: 206-553-7970

United States District Court, Western District of Washington
Attn: Financial Clerk – Lobby Level
700 Stewart Street
Seattle, Washington 98101

Dated this 27th day of June, 2017.

*[signature]*
JUDGE ROBERT S. LASNIK
United States District Court Judge

Presented by:

s/ Kyle A. Forsyth
KYLE A. FORSYTH, WSBA #34609
Assistant United States Attorney

**CONTINUING GARNISHEE ORDER** (*USA v. Kevin Ray Nathan and Albertsons Companies,* **2:17-MC-00036-RSL / 2:98-CR-00476-RSM-1**) **- 3**

UNITED STATES ATTORNEY'S OFFICE
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
PHONE: 206-553-7970